AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | **Case: 1:22-mj-00127** |
| v. | **Assigned To : Faruqui, Zia M.** |
| Adam Lejay Jackson | **Assign. Date : 6/1/2022** |
| | **Description: Complaint with Arrest Warrant** |

_____
_Defendant_

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Adam Lejay Jackson _____,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment        ❒ Superseding Indictment     ❒ Information     ❒ Superseding Information     ☒ Complaint

❒ Probation Violation Petition     ❒ Supervised Release Violation Petition     ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officer
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings

Date:  _____06/02/2022_____                                    **Zia M. Faruqui**

                                                          _____
                                                          _Issuing officer's signature_

City and state:  _____Washington, D.C._____           Zia M. Faruqui, U.S. Magistrate Judge
                                                          _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ 6/1/2022 , and the person was arrested on _(date)_ 6/7/2022 at _(city and state)_ Katy, TX . |
| Date: 6/7/2022                     cmclaughlin _Arresting officer's signature_     courtney mclaughlin _Printed name and title_ |