**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ADAM LEJAY JACKSON et al**<br><br>*Defendant*. | Case No. 22-mj-00127 (ZMF) |

**NOTICE OF APPEARANCE**

Please Take Notice that the above-named Defendant, Adam Lejay Jackson, has retained The McBride Law Firm, PLLC, to represent him in the above-captioned matter, and respectfully demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
      June 23, 2022

Respectfully Submitted,

*/s/ Joseph D. McBride, Esq.*
99 Park Avenue
6th Floor
New York, NY 10016
p:  (917) 757-9537
e:  jmcbride@mcbridelawnyc.com